# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: CHARLES PHILLIP COWIN | § § § § § § § § § § § § § § § | |
| Debtor. | | |
| CHARLES PHILLIP COWIN, | | |
| Appellant, | | |
| VS. | | CIVIL ACTION NO. H-13-1767 |
| COUNTRYWIDE HOME LOANS, INC., *et. al.*, | | |
| Appellees. | | |

## ORDER OF DISMISSAL

In accordance with this court's Memorandum Opinion and Order of even date, the bankruptcy court's order is affirmed and this appeal is dismissed.

SIGNED on September 29, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge